UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY D. BOYD, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-01916-JCM-GWF |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 brought by petitioner, Gregory Boyd. On January 3, 2012, counsel appeared on behalf of petitioner (ECF No. 4). Petitioner's counsel is Megan Hoffman, Assistant Federal Public Defender, 411 E. Bonneville Ave., Las Vegas, Nevada, 89101, 702-388-6577.

On January 13, 2012, counsel appeared on behalf of respondents (ECF No. 5). Respondents' counsel is Jared M. Frost, Deputy Attorney General, 100 N. Carson St., Carson City, Nevada 89701, 775-684-1272.

The court will set a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as

fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **90 days**, to file and serve an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted). Respondents shall have **45 days** after service of an amended petition within which to answer or otherwise respond to the amended petition. If petitioner does not file an amended petition, respondents shall have **45 days** from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **45 days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that counsel for respondents shall make available to counsel for petitioner (photocopying costs at the latter's expense), as soon as reasonably possible, copies of whatever portions of the state court record they possess regarding the judgment petitioner is challenging in this case.

**IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

Dated January 19, 2012 _____.

_____
UNITED STATES DISTRICT JUDGE

2