UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BOYD,<br><br>                Petitioner,<br>    v.<br>DWIGHT NEVEN, *et al.*<br><br>                Respondents. | Case No. 2:11-cv-01916-MMD-GWF<br><br>ORDER<br><br>(Respondents' Motion to Extend Time to File Reply – dkt. no. 23)<br><br>(Respondents' Motion for Leave to Conduct Discovery – dkt. no. 24) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by counsel. On June 7, 2012, respondents filed a motion to dismiss the amended petition. (Dkt. no. 13.) On September 5, 2012, following an extension of the deadline, petitioner filed a response to the motion to dismiss ("Opposition Brief"). (Dkt. no. 19.) Respondents sought a ten day extension of time to file their reply brief ("Reply Brief"). However, on September 27, 2012, the new deadline to file their Reply Brief, respondents filed yet a second motion for extension of time. (Dkt. no. 23.) This time, respondents request an extension until after the resolution of a companion motion for leave to conduct discovery filed on September 27, 2012. The basis for this extension is counsel's belief that a review of petitioner's educational records, which are the subject of said discovery motion, is necessary for respondents to adequately assess the equitable tolling claims presented in petitioner's Opposition Brief.

1  Accordingly, respondents' motion for leave to conduct discovery (dkt. no. 24) is GRANTED.  Respondents will have two weeks to conduct discovery relevant to their reply brief.  Respondents' motion to extend time to file a reply (dkt. no. 23) is also GRANTED.  Respondents must file their reply brief ten (10) days after the close of the relevant discovery.

DATED THIS 5th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE