UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY D. BOYD,<br>Petitioner,<br>v.<br>DWIGHT NEVENS,<br>Respondent. | Case No. 2:11-cv-01916-MMD-GWF<br>ORDER |

This habeas matter is before the Court on Petitioner Gregory D. Boyd's request for a copy of the docket. (ECF No. 35.) The Court finds good cause exists to grant the request.

It is therefore kindly ordered that the Clerk of the Court send a copy of the docket to Petitioner at High Desert State Prison.

DATED THIS 30th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE